Case 1:20-cv-00164 Document 7 Filed on 11/05/20 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 05, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SYLVIA CHOLICK, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 1:20-CV-00164 |
| § | |
| EDGAR SALVADOR, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff Sylvia Cholick filed this lawsuit alleging a scam or fraud by her landlord, although the factual allegations, cause of action, and relief sought are unclear. (Complaint, Doc. 1)

On October 8, 2020, the United States Magistrate Judge issued a Report and Recommendation (Doc. 3) recommending that the matter should be dismissed *sua sponte* for lack of subject matter jurisdiction. (Doc. 3, 4) No party filed any objections to the Report and Recommendation.[1]

The Court **ADOPTS** the Report and Recommendation. As a result, it is:

**ORDERED** that Plaintiff Sylvia Cholick's Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

The Clerk of Court is directed to close this matter.

SIGNED this 5th day of November, 2020.

_____
Fernando Rodriguez, Jr.
United States District Judge

---

[1] The Clerk of Court mailed the Report and Recommendation to Cholick's last known address, which she noted in Complaint. (Dkt. No. 4; Complaint, Doc. 1) The Report and Recommendation was returned as undeliverable because the address was vacant. (Dkt. Nos. 5 and 6) Service is completed by sending court documents to the last known address of the party. *See* FED. R. CIV. PROC. 5(b)(2)(C) (authorizing service by mailing the document to the person's last known address).